IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN EDWARD VALDEZ, #59233-177, | § § § | |
| Movant, | § § | |
| V. | § § | Civil No. 3:21-CV-1474-X-BK |
| UNITED STATES OF AMERICA, | § § § | (Criminal No. 3:19-CR-509-X-1) |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 17th day of August, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE